ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/12

Michael H. Bernstein
(212) 898-4011
michael.bernstein@sedgwicklaw.com

February 13, 2012



*Via Federal Express*
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern Distirct of New York
500 Pearl Street, Room 670
New York, NY 10007

Re: *Ronald A. Roganti* v. *Metropolitan Life Insurance Company et al.*
Civ. Act. No. 12-cv-0161 (PAE)
File No.: 00584-007694

**MEMO ENDORSED**

Dear Judge Engelmayer:

This office represents Defendants in the above-referenced matter. We respectfully request an extension of time for the Defendants to appear and respond to the Complaint in this matter. The Defendants' time to respond to the Complaint is currently due by February 16, 2012. The Defendants request an extension of time to respond to the Complaint to on or before March 19, 2012. Plaintiff's counsel consents to this request and this extension does not affect any previously scheduled dates set by the Court. No prior requests for an extension of time to respond to the Complaint have been made on Defendants' behalf.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

MHB

cc: David G. Gabor, Esq.

*The deadline to answer or otherwise respond to the Complaint is hereby extended to March 19, 2012.*

SO ORDERED: 2/15/12

_____
HON. PAUL A. ENGELMAYER
**UNITED STATES DISTRICT JUDGE**

NY/846098v1

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED FEBRUARY 13, 2012** was served via Federal Express on this 13th day of February, 2012, upon the following:

> David G. Gabor Esq.
> The Wagner Law Group
> 99 Summer Street, 13th Floor
> Boston MA 02110
>
> Business Phone: (617) 357-5200

MICHAEL H. BERNSTEIN

Dated:   New York, New York
         February 13, 2012

NY/846098v1