# THE WAGNER LAW GROUP

| 7121 FAIRWAY DRIVE, SUITE 203 | 99 SUMMER STREET, 13TH FLOOR | 333 INTERNATIONAL DRIVE, SUITE B-4 |
|---|---|---|
| PALM BEACH GARDENS, FL 33418 | BOSTON, MA 02110 | WILLIAMSVILLE, NY 14221 |
| Tel (561) 293-3590 | Tel (617) 357-5200 | Tel (716) 650-5987 |
| Fax (561) 293-3591 | Fax (617) 357-5250 | Fax (716) 633-0301 |

www.wagnerlawgroup.com

March 27, 2012

**MEMO ENDORSED**

RECEIVED

MAR 2 8 2012

PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/12

**By Federal Express**

United States District Court
Southern District of New York
500 Pearl Street, Room 670
New York, NY 10007-1312

Attn:  The Honorable Paul A. Engelmayer
       United States District Judge

Re:    **Roganti v. Metropolitan Life Insurance et al**
       **Civ. Act. No. 12-cv-0161 (PAE)**

Dear Judge Engelmayer:

This office represents the Plaintiff in the above-referenced matter. The plaintiff respectfully requests that the Court adopt the following briefing schedule with respect to the Defendant's Motion to Dismiss under Rule 12:

1. The Plaintiff's time to advise the Court and its adversary regarding amendment of the Complaint is extended from March 29, 2012, to April 6, 2012;
2. The Plaintiff will serve opposition papers on April 20, 2012; and
3. The Defendant will serve reply papers on May 18, 2012.

Defendant's counsel consents to this request. This briefing schedule does not affect any previously scheduled dates set by the Court. No prior requests for an extension of time to oppose the Defendant's motion have previously been made.

Thank you for your consideration in this matter.

Respectfully submitted,

David G. Gabor

DGG/jab

*The proposed briefing schedule for defendant's motion to dismiss is hereby granted.*

cc:  Michael H. Bernstein, Esq. (by Email and U.S. mail)

**SO ORDERED:**

3/29/2012

Paul A. Engelmayer

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

{K:/11853/A0072202.1}