## CERTIFICATE OF SERVICE

I, DAVID G. GABOR, hereby certify and affirm that a true and correct copy of the attached **MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** was served via ECF, electronic mail, and Federal Express on this 20th day of April, 2012, upon the following:

>Michael H. Bernstein, Esq.
>Sedgwick LLP
>125 Broad Street, 39th Floor
>New York, New York 10004
>Business Phone: (212) 422-0202
>michael.bernstein@sedgwicklaw.com

DAVID G. GABOR

Dated:  Boston, Massachusetts
April 20, 2012