USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD A. ROGANTI,

Plaintiff,

-v-

METROPOLITAN LIFE INSURANCE COMPANY et al.,

Defendants.

12 Civ. 161 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' submissions in support of and in opposition to defendants' motion to dismiss the Complaint. The parties are hereby directed to appear for oral argument on the motion on June 1, 2012 at 10:00 a.m. in Courtroom 9A at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: May 24, 2012
New York, New York