# THE WAGNER LAW GROUP

| 7121 FAIRWAY DRIVE, SUITE 203 | 99 SUMMER STREET, 13TH FLOOR | 315 MONTGOMERY STREET, SUITE 902 |
| --- | --- | --- |
| PALM BEACH GARDENS, FL 33418 | BOSTON, MA 02110 | SAN FRANCISCO, CA 94104 |
| Tel (561) 293-3590 | Tel (617) 357-5200 | Tel (415) 625-0002 |
| Fax (561) 293-3591 | Fax (617) 357-5250 | Fax (415) 829-4385 |

www.wagnerlawgroup.com

May 24, 2012





**By Federal Express**

United States District Court
Southern District of New York
500 Pearl Street, Room 670
New York, NY 10007

Attn: The Honorable Paul A. Engelmayer
United States District Judge

Re: **Roganti v. Metropolitan Life Insurance et al**
**Civ. Act. No. 12-cv-0161 (PAE)**

*MEMO ENDORSED*

Honorable Sir:

This office represents the Plaintiff in the above-referenced matter. We respectfully request an adjournment of the oral argument for the Defendant's Rule 12 Motion, which is currently scheduled for June 1, 2012. Plaintiff's counsel has a scheduling conflict. Both parties request that the oral argument be rescheduled to any of the following dates: June 11, 2012; June 12, 2012; June 18, 2012; June 21, 2012; or June 22, 2012.

Defendant's counsel consents to this request and this adjournment would not affect any previously scheduled dates set by the Court. No prior requests for an adjournment have been made.

A copy of this letter is being sent today via email to Michael H. Bernstein.

Thank you for your consideration in this matter.

Respectfully submitted,

David G. Gabor

*Oral argument is hereby rescheduled to June 11, 2012 at 3:30 p.m.*

DGG/jab

cc: Michael H. Bernstein, Esq. (by Email)

SO ORDERED: 5/29/12

Paul A. Engelmayer

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

{K:/11853/A0076755.1}