```
                                                    ┌─────────────────────────────────┐
                                                    │ USDC SDNY                       │
                                                    │ DOCUMENT                        │
                                                    │ ELECTRONICALLY FILED            │
                                                    │ DOC #:_____         │
                                                    │ DATE FILED: 5/31/2012           │
                                                    └─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                :

RONALD A. ROGANTI,            :

              Plaintiff,    :

                :

        -v-           :

                :

METROPOLITAN LIFE INSURANCE COMPANY et al., :

                :

          Defendants.   :

                :

------------------------------------------------------------------X

12 Civ. 161 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

       The oral argument previously scheduled for June 11, 2012 at 3:30 p.m. is hereby

rescheduled to June 11, 2012 at 9:30 a.m. in Courtroom 6A at the U.S. Courthouse, 500 Pearl

Street, New York, New York 10007.

       SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: May 31, 2012
       New York, New York